**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NELSON MORA, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                           Plaintiff,

          v.

DUFOUR PASTRY KITCHENS INC.,
and CARLA KRASNER,
                           Defendants.

---

Case No.: 1:25-cv-7792

[PROPOSED]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Dufour Pastry Kitchens Inc. and Carla Krasner (collectively "Defendants"), having offered to allow Plaintiff Nelson Mora ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final resolution of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 6, 2026 and filed as Exhibit A to Docket Number 39;

**WHEREAS**, on May 7, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 39);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Nelson Mora, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 6, 2026 and filed as Exhibit A to Docket Number 39. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**
Dated: _____May 11_____, 2026
          New York, New York

_____ U.S.D.J.
MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE